IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| CLARENCE CARR and SHAKIRA CARR,  Plaintiffs,  v.  REBECCA LEONARD, et al,  Defendants. | Case No. 1:24-cv-01681-CL  ORDER |

MCSHANE, Judge:

Magistrate Judge Mark D. Clarke issued a Findings and Recommendation, ECF No. 16, and the matter is now before this Court on Plaintiffs' objections, ECF No. 18. The review is *de novo*. *United States v. Bernhardt*, 840 F.2d 1441, 1445 (9th Cir. 1998).

Having carefully reviewed the record and Findings and Recommendation, the Court finds no error and concludes the report is correct. Magistrate Judge Clarke's Findings and Recommendation, ECF No. 16, is adopted in full. Plaintiffs' Amended Complaint, ECF No. 14, is dismissed with prejudice and without leave to amend.

IT IS SO ORDERED.

DATED this 15th day of January, 2025.

                                                        s/Michael J. McShane  
                                                        Michael McShane  
                                                     United States District Judge

1 – ORDER